UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:    ALBERTINE HOLMES

Debtors

Case No. 08-18346

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/17/2008.

2) The plan was confirmed on 09/19/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/29/2009.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $ 400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case may not have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,325.43 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$9,325.43** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,141.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $495.64 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,637.14** |
| Attorney fees paid and disclosed by debtor: | $358.50 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT | Unsecured | 2,058.48 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Unsecured | 11,516.00 | 18,022.49 | 18,022.49 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 3,072.50 | 2,916.28 | 2,916.28 | 0.00 | 0.00 |
| BIEHL & BIEHL | Unsecured | 58.53 | NA | NA | 0.00 | 0.00 |
| BRANDYWINE TOWNE HOUSES | Secured | 2,054.00 | 57.51 | 57.51 | 57.51 | 0.00 |
| BRANDYWINE TOWNHOUSE ASSOC | Unsecured | 3,667.25 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 324.54 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 500.00 | 519.97 | 519.97 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DOMINICKS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 861.76 | 861.76 | 861.76 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 17,172.53 | 17,042.26 | 17,042.26 | 0.00 | 0.00 |
| ELMHURST CLINIC | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST RADIOLOGISTS | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| ENCORE RECEIVABLE MGMT | Unsecured | 2,480.00 | NA | NA | 0.00 | 0.00 |
| FIRST RESOLUTION INVESTMENT | Unsecured | 395.15 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 861.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Secured | 28,893.00 | 28,892.89 | 28,892.89 | 3,800.95 | 1,290.12 |
| IC SYSTEM | Unsecured | 267.00 | 267.89 | 267.89 | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURIT | Unsecured | 1,443.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,800.00 | 1,879.59 | 1,879.59 | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Secured | NA | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Secured | 14,355.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Secured | 813.00 | 812.39 | 812.39 | 539.71 | 0.00 |
| LITTON LOAN SERVICING INC | Secured | NA | NA | NA | 0.00 | 0.00 |
| LONG BEACH ACCEPTANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MAGNUM CASH ADVANCE | Unsecured | 1,105.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 697.00 | 697.00 | 697.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MONROE & MAIN | Unsecured | 412.00 | 412.56 | 412.56 | 0.00 | 0.00 |
| MUNICIPAL RECOVERY SERVICES | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 1,904.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL SERVICE BUREAU | Unsecured | 1,598.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT INC | Unsecured | 682.21 | NA | NA | 0.00 | 0.00 |
| PAYDAY TODAY CASH NOW | Unsecured | 1,380.00 | NA | NA | 0.00 | 0.00 |
| PLAZA FINANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 415.00 | 415.13 | 415.13 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 2,169.75 | 2,169.75 | 2,169.75 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 210.00 | 1,633.48 | 1,633.48 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 1,704.98 | 1,704.98 | 0.00 | 0.00 |
| RPW GYN | Unsecured | 654.21 | NA | NA | 0.00 | 0.00 |
| SHERWIN WILLIAMS | Unsecured | 1,124.87 | NA | NA | 0.00 | 0.00 |
| SPIRIT OF AMERICA NATL BANK | Unsecured | NA | 708.63 | 708.63 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 366.52 | NA | NA | 0.00 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 500.00 | 586.50 | 586.50 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Unsecured | 1,109.56 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| VALENTINE & KEBARTAS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY STATES ATTORNEY | Unsecured | 1,190.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $812.39 | $539.71 | $0.00 |
| Debt Secured by Vehicle | $28,892.89 | $3,800.95 | $1,290.12 |
| All Other Secured | $57.51 | $57.51 | $0.00 |
| **TOTAL SECURED:** | **$29,762.79** | **$4,398.17** | **$1,290.12** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,879.59 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,879.59** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$47,958.68** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (4/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,637.14 |
| Disbursements to Creditors | $5,688.29 |
| **TOTAL DISBURSEMENTS** : | **$9,325.43** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/24/2009          By: /s/ Glenn Stearns
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)